MICHELE BECKWITH
Acting United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>DEMETRIA A. BOGAN,<br><br>               Defendant. | Case No. 5:25-po-00067-CDB<br><br>[Citation #7055618, CA/14]<br><br>MOTION TO AMEND LISTED COLLATERAL AMOUNT ON CITATION |

The United States of America, by and through Michele Beckwith, Acting United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to amend [Citation #7055618, CA/14] in Case No. 5:25-po-00067-CDB against DEMETRIA A. BOGAN, so that the listed total collateral amount is $230.00.

DATED: March 25, 2025                                 Respectfully submitted,

                                                             MICHELE BECKWITH
                                                             Acting United States Attorney

                                            By:    /s/ *Chan Hee Chu*
                                                      CHAN HEE CHU
                                                      Assistant United States Attorney

# **O R D E R**

IT IS HEREBY ORDERED that [Citation #7055618, CA/14] in Case No. 5:25-po-00067-CDB against DEMETRIA A. BOGAN, is amended to reflect the listed total collateral amount is reduced to $230.00.

IT IS SO ORDERED.

Dated: **March 25, 2025**  
_____  
UNITED STATES MAGISTRATE JUDGE